# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :        CHAPTER 13
Charles Montalvo

DEBTOR                                        :        BKY. NO.  11-17385MDC13

## 2nd AMENDED PLAN SUMMARY

$1,800 X 7 AND $2,050 X 53 = $121,250 TOTAL BASE AMOUNT

(A)    **CIBIK & CATALDO**        $3,950.00

(B)    **Harley Davidson**    Total debt of $14,035.68 through the plan with the lien to be satisfied upon payment in full and Chapter 13 Discharge.

**City of Phila (R/E)**    $515.49

**HSBC Bank Nevada-(Polaris)**  Direct Pay. No pre petition arrears. Not to be paid by the trustee.

**Wells Fargo**    No prepetition arrears. Not to be paid by the trustee.  Debtor to maintain regular monthly payments.

**Luis Jimencz**    Per agreement, this secured judgment lien holder shall be paid $90,623.83 total through the plan with the judgment lien satisfied upon payment of this amount.

(C)    Pro Rata Distribution to Unsecured Creditors

                                                Respectfully submitted,

DATE:  May 4, 2012            _____s/_____
                                                MICHAEL A. CATALDO, ESQUIRE
                                                CIBIK & CATALDO, P.C.
                                                1500 WALNUT STREET, STE. 900
                                                PHILADELPHIA, PA 19102
                                                (215) 735-1060