UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE<br><br>**CHARLES MONTALVO**<br><br>Debtor | Case Number: 11-17385-mdc<br><br>Judge: Hon. Magdeline D. Coleman<br><br>Hearing Date: **7/3/2014**<br>Time: **10:30 a.m.**<br>Place: **Courtroom #5** |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion of THOMAS R. DOMINCZYK, Esquire of the firm of MAURICE & NEEDLEMAN, P.C., on behalf of the secured creditor, ECAST SETTLEMENT CORP under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

It is on this _3rd_ day of _July_, 2014;

1. **ORDERED** that the automatic stay of Bankruptcy Code section 362 (d) is vacated to permit the movant to pursue the movant's rights in the property described below to the extent and in the manner provided by any applicable contract documents and nonbankruptcy law.

2. **ORDERED** that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

Description of Subject Property
2007 Polaris Sportsman ATV, VIN: 4XAZX85A6BA041577

_Magdeline D. Coleman_
Hon. Magdeline D. Coleman, U.S.B.J.